## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**SHELLEY DAVIS**                                              **CIVIL ACTION**

**VERSUS**                                                          **NO. 18-1878**

**STATE OF LOUISIANA**                                   **SECTION: "A"(5)**

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Shelley Davis for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITHOUT PREJUDICE**.

August 22, 2018

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE